JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Soo Oh,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**Jennifer & Lucy Holdings, Inc.**, a California corporation; **Osama S. Lutfi**, an individual; and Does 1-10 inclusive,<br><br>    Defendants. | **CASE NO. 2:19-CV-07883-FMO-GJS**<br><br>**ORDER ON STIPULATION [23] RE: DISMISSAL** |

[PROPOSED] ORDER OF DISMISSAL

# **ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice as to all parties and all causes of action pursuant to FRCP 41(a)(1)(A)(ii).

2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: March 11, 2020                 _____/s/_____
                                      Honorable Fernando M. Olguin
                                      United States District Judge
                                      Central District of California